IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| BRYAN BERRY, | § | |
| | § | |
| Plaintiff Below, | § | No. 5, 2020 |
| Appellant, | § | |
| | § | |
| v. | § | Court Below: Superior Court |
| | § | of the State of Delaware |
| CONNECTIONS COMMUNITY | § | |
| SUPPORT PROGRAMS, INC., | § | C.A. No. N19C-01-276 |
| | § | |
| Defendant Below, | § | |
| Appellee. | § | |

Submitted: June 10, 2020
Decided: July 2, 2020

Before **VALIHURA**, **TRAYNOR**, and **MONTGOMERY-REEVES** Justices.

This 2nd day of July, 2020 having considered this matter on the briefs of the parties and the record below, and having concluded that the same should be affirmed on the basis of, and for the reasons assigned by the Superior Court in its Memorandum Opinion dated December 5, 2019 and its Order dated December 19, 2019;

NOW, THEREFORE, IT IS ORDERED that the decisions of the Superior Court be, and the same hereby are, AFFIRMED.

BY THE COURT:

*/s/Karen L. Valihura*
Justice